UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------------------X

Alexandra Faulkner,

                              Plaintiff,

         -vs-

Quinnipiac University

                              Defendant.

Civ. Action No.:
3:22-cv-00407-RNC

**JOINT STATUS REPORT**

**SEPTEMBER 9, 2022**

------------------------------------------------------------------------------------X

      Pursuant to Honorable Judge Robert N. Chatigny's August 9, 2022 Scheduling Order, the parties, by and through their undersigned counsel, respectfully submit the following joint status report.

1. **The status of the case, identifying any pending or anticipated motions and any circumstances potentially interfering with the parties' compliance with the scheduling order, as well as a detailed statement of all discovery undertaken to date, including how many depositions each party has taken and the specific discovery that remains to be completed:**

      To date, the parties have timely served their respective Rule 26 Initial Disclosures. Plaintiff served her First Set of Requests for the Production of Documents and First Set of Interrogatories on Defendant's counsel on September 8, 2022, with responses due on or before October 10, 2022. Defendant will serve its First Set of Requests for the Production of Documents and First Set of Interrogatories on Plaintiff's counsel on or before September 12, 2022.  No depositions have been

1

scheduled or taken at this time.

At present, the parties do not anticipate or foresee any circumstances interfering with the parties' compliance with the Court's scheduling order.

Currently, the exchange of written discovery, depositions, and expert discovery remain outstanding.

2. **Any interest in referral for settlement purposed to a United States Magistrate Judge or the District Court's Special Masters Program:**

Plaintiff maintains further discovery is needed in order to engage in fruitful settlement negotiations. Accordingly, at this time, Plaintiff does not request a referral to a Magistrate Judge or to the Court's Special Masters Program for settlement purposes. In light of Plaintiff's position, Defendant is not requesting a referral for settlement purposes at this time.

3. **Whether the Parties will consent to either a jury trial or a bench trial before a Magistrate Judge:**

The parties do not consent to a jury trial or bench trial before a Magistrate Judge.

4. **The estimated length of trial:**

The parties estimate the trial of this matter to take five to seven days.

Respectfully Submitted,

| | |
|---|---|
| PLAINTIFF,<br>ALEXANDRA FAULKNER | DEFENDANT<br>QUINNIPIAC UNIVERSITY |
| By: *s/ Felice Duffy*<br>Felice Duffy (ct21379)<br>felice@duffylawct.com<br>DUFFY LAW LLC<br>Her Attorneys<br>67 Trumbull Street<br>New Haven, Connecticut 06510<br>P: (203) 946-2000<br>F: (203) 907-1383<br><br>By: *s/ Gabrielle Vinci*<br>Gabrielle Vinci (pro hac vice)<br>gvinci@nmllplaw.com<br>NESENOFF & MILTENBERG<br>363 Seventh Avenue<br>New York, NY 10001<br>P: (212) 736-4500<br>F: (212) 736-2260 | By: *s/ Caroline B. Park*<br>Caroline B. Park (ct29049)<br>cpark@wiggin.com<br>Nicole M. Dwyer (ct30978)<br>ndwyer@wiggin.com<br>WIGGIN AND DANA LLP<br>Its Attorneys<br>One Century Tower<br>265 Church Street<br>New Haven, Connecticut 06510<br>P: (203) 498-4317<br>F: (203) 782-2880 |