UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
ALEXANDRA FAULKNER,                    :          Civil Action No.
                                       :          3:22-CV-00407-RNC
                        Plaintiff,     :
                                       :
                                       :
                                       :
          -against-                    :
                                       :
                                       :
                                       :
QUINNIPIAC UNIVERSITY,                 :
                                       :
                        Defendant.     :
---------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties hereto, that the above-captioned action against Quinnipiac University is

hereby dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS FURTHER STIPULATION AND AGREED** that this stipulation may be executed

in counterparts and that facsimile signatures shall be deemed originals for all purposes.

Dated: ~~July~~ October 10, 2023

PLAINTIFF,                              DEFENDANT,
ALEXANDRA FAULKNER                      QUINNIPIAC UNIVERSITY

By: *s/ Felice Duffy*                   By: _____
Felice Duffy (ct21379)                  Caroline B. Park (ct29049)
felice@duffylawct.com                   cpark@wiggin.com
DUFFY LAW LLC                           Nicole M. Dwyer (ct30978)
Her Attorneys                           ndwyer@wiggin.com
67 Trumbull Street                      WIGGIN AND DANA LLP
New Haven, Connecticut 06510            Its Attorneys
P: (203) 946-2000                       One Century Tower
F: (203) 907-1383                       265 Church Street
                                        New Haven, Connecticut 06510

P: (203) 498-4317
F: (203) 782-2889

By: *s/ Gabrielle Vinci*
Gabrielle Vinci (pro hac vice)
gvinci@nmllplaw.com
NESENOFF & MILTENBERG
363 Seventh Avenue
New York, NY 10001
P: (212) 736-4500
F: (203) 736-2260